FILED
CLERK, U.S. DISTRICT COURT
MAR 13 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BANDA LUNA, | NO. SACV 05-00203-RSWL (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| W.A. DUNCAN, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 12, 2008.

RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE